936 P.2d 196

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Canady | 17631 | 2/14/97 | Affirmed in part, Vacated and Remanded |
| Hirai v. Taylor | 16280 · | 2/18/97 | Vacated and Remanded |
| State v. Bolosan | 18142 | 2/21/97 | Vacated and Remanded |
| Jankowski v. Budget Rent-A-Car Systems, Inc. | 15774 | 2/24/97 | Affirmed |
| State v. Abrams | 18283 | 2/28/97 | Affirmed |
| State v. Huddy | 19576 | 3/6/97 | Affirmed |
| Doe Minors, In Re | 17424 | 3/14/97 | Affirmed |
| State v. Lester | 18053 | 3/19/97 | Affirmed |
| State v. Nagao | 19866 | 3/19/97 | Vacated and Remanded |
| Rettig v. Parish | 17916 | 3/20/97 | Vacated and Remanded |
| Boyles v. Sagayadoro | 18228 | 3/20/97 | Vacated and Remanded |
| Randle v. State | 17139 | 3/24/97 | Affirmed |
| State v. Owen | 18429 | 3/25/97 | Affirmed |